**Brian Lee WENGLER,**
**Movant/Appellant,**

v.

**STATE of Missouri,**
**Respondent/Respondent.**

**No. 60525.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 28, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
May 27, 1992.

Application to Transfer Denied
June 30, 1992.

Dave Hemingway, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

## ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion following an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not

clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).